IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) Criminal No.   5:19-CR-139 (GTS) |
| v. | ) **Information** |
| **DARREN L. HIGHTOWER,** | ) Violation:   18 U.S.C. § 111(a)(1) & (b) |
| | ) [Assaulting a Federal Employee] |
| **Defendant.** | ) 1 Count |
| | ) County of Offense:   Onondaga |

### THE UNITED STATES ATTORNEY CHARGES:

**COUNT 1**
**[Assaulting a Federal Employee]**

On or about October 12, 2018, in Onondaga County in the Northern District of New York the defendant, **DARREN L. HIGHTOWER**, did forcibly assault an employee of the United States government while such person was engaged in the performance of official duties, and in so doing, committed acts involving physical contact with such employee, thereby inflicting bodily injury, in that the defendant punched United States Postal Service letter carrier N.C. in the face, thereby inflicting bodily injury, all while N.C. was delivering mail, in violation of Title 18, United States Code, Sections 111(a)(1) and (b).

Dated: April 22, 2019

GRANT C. JAQUITH
United States Attorney

By: _/s/ Michael D. Gadarian_
Michael D. Gadarian
Assistant United States Attorney
Bar Roll No. 517198